# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

APR 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Brian Goodman | Case No.<br>1:12-cr-00113-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Brian Goodman__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's residential drug program and third party custodian, replacing them with the following conditions: Participate in the following Location Monitoring program of **HOME DETENTION** and abide by all of the requirements of the program which will include electronic monitoring or other location verification system, and pay for costs as directed by the PSO. You are restricted to your residence at all times except for religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Brian Goodman_ 4-4-13                    _Jacob Scott_ 4/4/13
Signature of Defendant    Date             Pretrial Services Officer    Date
Brian Goodman                              Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                              4-4-2013
Signature of Assistant United States Attorney    Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                              4/4/13
Signature of Defense Counsel               Date
Ann McGlenon

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __4/8/13__.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                              4/4/13
Signature of Judicial Officer              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services