BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-00113-LJO-SKO |
| ) | |
| Plaintiff, ) | AMENDED FINAL ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| BRIAN GOODMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

WHEREAS, on May 29, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Brian Goodman in the following property:

    a. Glock, pistol, model 23, .40 caliber, bearing serial number RVV043 and all ammunition seized in this case.

AND WHEREAS, beginning on June 4, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the

forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Brian Goodman.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **February 13, 2014**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE